```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION


TOM SALYER,

      Plaintiff,

v.                              Case No. 8:13-cv-2849-T-33EAJ

SAADI INVESTMENTS, LLC,

      Defendant.
_____/
```

**ORDER**

This matter comes before the Court *sua sponte*. On January 8, 2014, Defendant Saadi Investments, LLC filed an Answer to Plaintiff Tom Salyer's Complaint. (Doc. # 6). However, from the Court's review of the docket, it appears that Saadi Investments, LLC is not represented by counsel. As such, the Court strikes Saadi Investments, LLC's Answer. (Doc. # 6).

A long line of cases hold that corporations may not appear pro se in this court. See <u>Palazzo v. Gulf Oil Corp.</u>, 764 F.2d 1381, 1385 (11th Cir. 1985)("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel."); <u>Textron Fin. Corp. v. RV Having Fun Yet, Inc.</u>, No. 3:09-cv-2-J-34TEM, 2010 WL 1038503, at *6 (M.D. Fla. Mar. 19, 2010)("a corporation's financial

constraints do not excuse the requirement that it have legal representation in Court proceedings."); United States v. Hagerman, 545 F.3d 579, 581-82 (7th Cir. 2008)("Pro se litigation is a burden on the judiciary, and the burden is not to be borne when the litigant has chosen to do business in entity form.  He must take the burdens with the benefits.")(internal citations omitted). "The proposition that a corporation must be represented by an attorney also applies to limited liability companies." Souffrant v. Denhil Oil, LLC, No. 10-80246-civ, 2010 WL 1541192, at *1 (S.D. Fla. Apr. 16, 2010). Therefore, as Saadi Investments, LLC is a limited liability company, it must be represented by counsel.

A review of the record reveals that Saadi Investments, LLC is defending against this action *pro se,* and as a result, this Court strikes Saadi Investments, LLC's Answer that was filed on January 8, 2014. (Doc. # 6). If Saadi Investments, LLC wishes to defend against this action, it is directed to retain counsel authorized to practice before this Court.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

The Clerk is directed to strike Saadi Investments, LLC's Answer. (Doc. # 6). If Saadi Investments, LLC wishes to defend

2

against this action, it is directed to retain counsel authorized to practice before this Court.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 10th day of January, 2014.

_/s/ Virginia M. Hernandez Covington_
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record

3